UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                        :
    JOANNE ROSEN,                                       :
                              Plaintiff,                :
                                                        :          22 Civ. 2090 (LGS)
                   -against-                            :
                                                        :                ORDER
    UNITED HEALTHCARE LLC,                              :
                              Defendant.                :
-------------------------------------------------------------:
                                                        X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an initial pretrial conference in this action is scheduled for June 1, 2022.

        WHEREAS, Defendant has not appeared, and a show-cause hearing is scheduled for June

22, 2022.  It is hereby

        **ORDERED** that the initial pretrial conference scheduled for June 1, 2022, at 4:30 p.m. is

**adjourned sine die**.

Dated:  May 26, 2022
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**