UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOANNE ROSEN,
                              Plaintiff,

              -against-

UNITED HEALTHCARE LLC,
                              Defendant.
-------------------------------------------------------------X

22 Civ. 2090 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for July 13, 2022.

    WHEREAS, by Order dated June 14, 2022, the parties were directed to file a joint letter and proposed case management plan and scheduling order by June 6, 2022.

    WHEREAS, the parties filed a proposed case management plan, but did not file a joint letter.  It is hereby

    **ORDERED** that by **July 8, 2022**, at **12:00 p.m.**, the parties shall file a joint letter pursuant to the June 14, 2022, Order.

Dated: July 7, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE