UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
JOANNE ROSEN, :
                                Plaintiff, :
                                                :              22 Civ. 2090 (LGS)
                    -against-                   :
                                                :              ORDER
UNITED HEALTHCARE LLC, :
                                Defendant. :
                                                :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for July 13, 2022.

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        ORDERED that the July 13, 2022, initial pretrial conference is **cancelled**.  If the parties

believe that a conference would nevertheless be useful, they should inform the court immediately

so the conference can be reinstated.  The case management plan and scheduling order will issue

in a separate order.  It is further

        ORDERED that the parties' request for a referral for a settlement conference is

**GRANTED**.  A referral order will issue separately.

        The parties should be aware that the Court does not extend the deadlines for discovery

absent compelling circumstances.

Dated: July 8, 2022
        New York, New York

                                LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE